# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
November 28, 2017

Lyle W. Cayce
Clerk

No. 17-60108
Summary Calendar

GREEN TREE SERVICING, L.L.C.; WALTER INVESTMENT MANAGE-
MENT CORPORATION; BEST INSURORS, INCORPORATED; MID STATE
CAPITAL, L.L.C.; MID STATE TRUST II; MID STATE TRUST III; MID
STATE TRUST IV; MID STATE TRUST V; MID STATE TRUST VI; MID
STATE TRUST VII; MID STATE TRUST VIII; MID STATE TRUST IX; MID
STATE TRUST X; MID STATE TRUST XI; WILMINGTON TRUST COM-
PANY; MID-STATE CAPITAL CORPORATION 2004-1 TRUST; MID-STATE
CAPITAL CORPORATION 2005-1 TRUST; MID-STATE CAPITAL CORPO-
RATION 2006-1 TRUST; MID-STATE CAPITAL TRUST 2010-1,

        Plaintiffs - Appellees

v.

STACY MILLER; APRIL MILLER,

        Defendants - Appellants

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-311

Before KING, ELROD, and HIGGINSON, Circuit Judges.

No. 17-60108

PER CURIAM:*

This case presents an identical issue to one we recently addressed in *Greeen Tree Servicing, L.L.C. v. Charles*, 872 F.3d 637 (5th Cir. 2017): whether a district court's order compelling arbitration and dismissing the case with prejudice constitutes a final appealable order when a case involving the same parties and essentially the same dispute is stayed in the district court pending arbitration. We held in *Charles* that the district court's order was not a final appealable order, and we therefore dismissed for lack of jurisdiction. *Id.* at 639–40. We similarly DISMISS this case for lack of jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.